Certificate Number: 06531-PAM-DE-035113638

Bankruptcy Case Number: 20-03066



06531-PAM-DE-035113638

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 23, 2020, at 11:42 o'clock AM CST, Vanessa L Gambone completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 23, 2020

By: /s/Connie Krosch

Name: Connie Krosch

Title: Certified Credit Counselor