UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:  CASE NO.: 20-03066-HWV
　　　　CHAPTER 13

Vanessa L. Gambone,
　　Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

　　　　　　　　　　　　　　　　　　Robertson, Anschutz, Schneid, Crane &
　　　　　　　　　　　　　　　　　　Partners, PLLC
　　　　　　　　　　　　　　　　　　Authorized Agent for Secured Creditor
　　　　　　　　　　　　　　　　　　130 Clinton Rd #202
　　　　　　　　　　　　　　　　　　Fairfield, NJ 07004
　　　　　　　　　　　　　　　　　　Telephone: 470-321-7112

　　　　　　　　　　　　　　　　　　By: /s/Charles Wohlrab
　　　　　　　　　　　　　　　　　　　　Charles Wohlrab, Esq.
　　　　　　　　　　　　　　　　　　　　Email: CWohlrab@raslg.com

# CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on January 19, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

VANESSA L. GAMBONE
4468 NANTUCKET RD.
HARRISBURG, PA 17112

And via electronic mail to:

LAW OFFICES OF JOHN M. HYAMS
2023 N 2ND ST
HARRISBURG, PA 17102

JACK N ZAHAROPOULOS (TRUSTEE)
STANDING CHAPTER 13 TRUSTEE 8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

                                       By: /s/ Brianna Carr