**LOCAL BANKRUPTCY FORM 9013-3**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Vanessa L. Gambone, | **CHAPTER** 13 |
| | **CASE NO.** 1-20-bk-03066 |
| **Debtor(s)** NewRez LLC d/b/a Shellpoint Mortgage Servicing, | **ADVERSARY NO.** __-__-ap-_____ (if applicable) |
| **Plaintiff(s)/Movant(s)** vs. Vanessa L. Gambone, Jack N Zaharopoulos (Trustee), | **Nature of Proceeding:** Motion for Relief from Automatic Stay |
| **Defendant(s)/Respondent(s)** | **Document #:** 29 |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
The parties have engaged in settlement discussions and request a thirty (30) day continuance to work towards a resolution in lieu of a heairng.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 03/04/2022

/s/ Charles G. Wohlrab

Attorney for NewRez LLC d/b/a Shellpoint Mortgag
Name: Charles G. Wohlrab, Esq.
Phone Number: 470-321-7112 x257

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.