**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** Vanessa L. Gambone, | : | CHAPTER  13 |
| | : | |
| | : | CASE NO. 1-20-bk-03066 |
| **Debtor(s)** | : | |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing, | : | ADVERSARY NO. __-__-ap-_____ |
| | : | (if applicable) |
| **Plaintiff(s)/Movant(s)** | : | |
| vs. | : | Nature of Proceeding: _____ |
| Vanessa L. Gambone, Jack N Zaharopoulos (Trustee), | : | Pleading: Motion for Relief from Stay |
| | : | |
| **Defendant(s)/Respondent(s)** | : | Document #: 36 |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☑ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  ☑ Thirty (30) days.
  ☐ Forty-five (45) days.
  ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 09/12/2022           /s/ Charles G. Wohlrab
                            Attorney for NewRez LLC d/b/a Shellpoint Mortgag

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.